ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Adam Collinson, et al.,

Plaintiff(s),

v.

Deutsch Imports, LLC, et al.,

Defendant(s).

Case No.  23-cv-4870
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

        which ☐ includes    pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment is entered in favor of defendants Deutsch Imports LLC d/b/a Glazzio Tiles and National Wholesale Trades, LLC d/b/a Prosource Wholesale, and against plaintiffs Adam Collinson and Kathie Collinson.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion

Date:  12/12/2024

Thomas G. Bruton, Clerk of Court

/s/ Ruth O'Shea , Deputy Clerk